# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY L. FLANAGAN

NO. 2020 KW 1340

FEB 1 8 2021

---

In Re:     Terry L. Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** On January 5, 2021, this court received an Order reflecting that the district court allotted relator's postconviction motion for an out-of-time appeal to a commissioner for consideration.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

*a.s~*

---
DEPUTY CLERK OF COURT
FOR THE COURT